NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TIMOTHY J. HATMAKER,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2018-2267

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00719-PEC, Judge Patricia E. Campbell-Smith.

---

**JUDGMENT**

---

JASON E. PERRY, Law Office of Jason Perry, Cheshire, CT, argued for plaintiff-appellant.

STEVEN JOHN GILLINGHAM, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by JOSEPH H. HUNT, ROBERT EDWARD KIRSCHMAN, JR., WILLIAM PORTER RAYEL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 12, 2019               /s/ Jarrett B. Perlow
     Date                    Jarrett B. Perlow
                             Chief Deputy Clerk